Form 193 – ntccompayments

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12338−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ambrose E. Gmeiner II
3 Fieldcrest Ct
Bayville, NJ 08721

Social Security No.:
xxx−xx−5973

Employer's Tax I.D. No.:

## NOTICE TO DEBTOR AND DEBTOR'S COUNSEL
## TO COMMENCE PAYMENTS PURSUANT TO 11 U.S.C. SECTION 1326

Pursuant to 11 U.S.C. Section 1326, all Chapter 13 debtors are ordered to commence payments pursuant to their proposed plan in compliance with the following schedule:

1. PAYMENTS TO TRUSTEE:

Payments to the Chapter 13 Standing trustee shall commence on the first day of the month immediately following the filing of the case and on the first day of each succeeding month. Payments shall be directed to the standing trustee at the following address:

Albert Russo
Chapter 13 Standing Trustee
P.O. Box 933
Memphis, TN 38101−0933

2. PAYMENTS TO SECURED PARTIES, INCLUDING MORTGAGEES:

If, in addition to payments to the Standing trustee, your proposed plan provides for regular payments to be made outside of your plan, you must pay the mortgagee on a monthly basis.

EXAMPLE OF PARAGRAPHS ONE AND TWO

```
Assume the debtor filed a Chapter 13 case on August 25, which proposes to pay the
trustee $100.00 per month to cure arrears on a mortgage and to pay regular monthly
payments to the mortgagee of $300.00 per month. Confirmation of the plan is scheduled
to occur on December 30.

Monthly payments of $100.00 per month must be paid to the standing trustee beginning
September 1.  By December 30, the date of confirmation, you must have paid to the
trustee 4 payments of $100 for a total of $400.  You must also have made 4 regular
payments of $300 for a total of $1200 to the mortgagee.
```

(continued on back)

Payments must be made by money order or certified check.

Failure to make payments according to the above instructions may result in the plan not being confirmed and dismissal of the case.

Any questions concerning this matter should be directed to your attorney.

Dated: February 5, 2019
JAN: admi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ambrose E. Gmeiner, II  
    Debtor

Case No. 19-12338-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 05, 2019  
                  Form ID: 193      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.  
db          +Ambrose E. Gmeiner, II,    3 Fieldcrest Ct,    Bayville, NJ 08721-2162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:  
       Albert    Russo     docs@russotrustee.com  
       Eugene D. Roth     on behalf of Debtor Ambrose E. Gmeiner, II erothesq@gmail.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 3