| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1: | Ambrose E. Gmeiner II<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5973<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13   2/4/19 | |
| Case number: | 19–12338–CMG | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                      12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ambrose E. Gmeiner II | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3 Fieldcrest Ct<br>Bayville, NJ 08721 | |
| 4. | **Debtor's attorney**<br>Name and address | Eugene D. Roth<br>Law Office of Eugene D. Roth<br>Valley Pk. East<br>2520 Hwy 35, Suite 307<br>Manasquan, NJ 08736 | Contact phone (732) 292–9288 |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 2/5/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 7, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/6/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/15/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12338-CMG
Ambrose E. Gmeiner, II                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2              Date Rcvd: Feb 05, 2019
                              Form ID: 309I        Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
```
db             +Ambrose E. Gmeiner, II,    3 Fieldcrest Ct,    Bayville, NJ 08721-2162
518009273      +Alpert Zalis Pediatric Cardiology,    46 West Ferris Street,    East Brunswick, NJ 08816-2159
518009274      +America's Wholesale Lender,    4500 Park Grande,    Calabasas, CA 91302-1613
518009277       Bayview Loan Servicing, LLC,    c/o KML Law Group,    216 Haddon nAvenue,    Suite 406,
                 Miami, FL 33146
518009278      +Berkeley Township Sewer Authority,    255 Atlantic City Boulevard,    Bayville, NJ 08721-1296
518009279      +Berkeley Villages North Homeowners Assn.,    PO Box 2932,    Trenton, NJ 08690-0932
518009280      +Berkley Villages North Homeowners Assn.,    PO Box 2932,    Trenton, NJ 08690-0932
518009281       Capital One,    Hayt Hayt & Landau, LLC,    Two Industrial Was West,
                 Point Pleasant, NJ 07714-0500
518009285      +Community Medical Center,    c/o B&B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
518009286      +Community Medical Center,    PO Box 6081,    Parsippany, NJ 07054-7081
518009288      +Creative College Consulting, LLC,    3 Pittenger Road,    Three Bridges, NJ 08887-2301
518009291      +Equiant Financial Services,    c/o Flagship Resort Development Co,
                 5401 N. Prima Road, Suite 150,    Scottsdale, AZ 85250-2630
518009294      +Fitness In Therapy,    202 Highway 37 West,    Suite 6,    Toms River, NJ 08755-8055
518009296      +Guardian Home Monitoring Services,    8281 Greensboro Drive,    Mc Lean, VA 22102-5211
518009299      +JHPDE Finance 1 Lending Club Corp,    c/o Cawley & Bergman, LLC,    117 Kinderkamack Road,
                 Suite 201,    River Edge, NJ 07661-1916
518009300      +Joan Faller,    C/O Joseph Pinizotto, Esq.,    189 Route 37 West,    Toms River, NJ 08755-8065
518009301       Johnson, Mirmiran & Thompson,    40 Wight Avenue,    Cockeysville, MD 21030-2059
518009313      +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
518009302      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009314      +Nissan Finanace Motor Acceptance,    Po Box 742658,    Cincinnati, OH 45274-2658
518009316       Paypal Credit,    PO Box 71202,    Charlotte, NC 28272-1202
518009317      +Prosper Lending Club,    71 Stevensen Street,    Suite 300,    San Francisco, CA 94105-2985
518009318      +RCI,    9998 North Michigan Road,    Carmel, IN 46032-7766
518009319      +Renny Lin, M.D.,    C/O Lee S. Dennison, Esq,    231 High Street,    Mount Holly, NJ 08060-1450
518009320      +Royal Suites Interval Owners Assn,    60 North Main Avenue,    Atlantic City, NJ 08401-5518
518009324      +SYNCB/Walmart,    C/O Selip & Stylianou, LLP,    199 Crossways Park Drive,
                 Woodbury, NY 11797-2016
518009321      +Solar City Corp,    c/o CT Lien Solutions,    3055 Clearview Way,    San Mateo, CA 94402-3709
518009322      +Solarcity,    c/o TESLA,    PO Box 3500,    Draper, UT 84020-3500
518009327       Systems & Services Technologies, Inc,    4315 Pickett Road,    PO Box 3999,
                 Saint Joseph, MO 64503-0999
518009329      +TESLA,    Energy Billing Department,    PO Box 3500,    Draper, UT 84020-3500
518009331      +US Bank Cust for PC4 & Crdtrs,    Tax Lien Svc Group,    50 South 16th Street, Suite 2050,
                 Philadelphia, PA 19102-2516
518009332      +US Bank Cust for PC5 Sterling Nat,    50 S 16th Street,    Suite 2050,
                 Philadelphia, PA 19102-2516
518009333      +US Bank Cust/Crestar Capital, LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
518009334      +US Bank Cust/Crestar Capital, LLC,    Crestar Capital, LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: erothesq@gmail.com Feb 05 2019 23:55:22      Eugene D. Roth,
                 Law Office of Eugene D. Roth,    Valley Pk. East,    2520 Hwy 35, Suite 307,
                 Manasquan, NJ  08736
tr              E-mail/Text: bnc@russotrustee.com Feb 05 2019 23:58:00      Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2019 23:56:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2019 23:56:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518009276      +EDI: TSYS2.COM Feb 06 2019 04:03:00      Barclays Bank Delaware,    125 S West Street,
                 Wilmington, DE 19801-5014
518009275      +EDI: TSYS2.COM Feb 06 2019 04:03:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
518009282      +EDI: CAPITALONE.COM Feb 06 2019 04:03:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518009283       EDI: CAPITALONE.COM Feb 06 2019 04:03:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
518009284       EDI: CAPONEAUTO.COM Feb 06 2019 04:03:00      CapitalOne Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
518009287       EDI: IIC9.COM Feb 06 2019 04:03:00      Community Surgical Supply,    c/o IC System,
                 PO Box 64437,    Saint Paul, MN 55164-0437
518009289      +E-mail/Text: electronicbkydocs@nelnet.net Feb 05 2019 23:56:56      Dept of Education/Nelnet,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
518009292      +EDI: AMINFOFP.COM Feb 06 2019 04:03:00      First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
518009295      +EDI: PHINAMERI.COM Feb 06 2019 04:03:00      GM Financial,    PO Bo 183834,
                 Arlington, TX 76096-3834
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Feb 05, 2019
                              Form ID: 309I            Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518009297         EDI: IIC9.COM Feb 06 2019 04:03:00      IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518009315         EDI: AGFINANCE.COM Feb 06 2019 04:03:00      One Main Financial,    PO Box 9001122,
                   Louisville, KY 40290-1122
518009323        +EDI: RMSC.COM Feb 06 2019 04:03:00      SYNCB/Sleepy's,    PO Box 965036,
                   Orlando, FL 32896-5036
518009325        +EDI: RMSC.COM Feb 06 2019 04:03:00      Synchrony Bank/Care Credit,    Po Box 965036,
                   Orlando, FL 32896-5036
518009326        +E-mail/Text: bankruptcy@superlativerm.com Feb 05 2019 23:57:48       Synchrony Bank/JC Penney,
                   c/o Superlative RM,    9355 East Stockton Blvd.,    Suite 210,    Elk Grove, CA 95624-9528
518009328        +E-mail/Text: mtamsett@adminrecovery.com Feb 05 2019 23:57:18       TD Bank/Raymour & Flanigan,
                   c/o Admin Recovery, LLC,    45 Earhart Drive,    Suite 102,    Buffalo, NY 14221-7809
518009330        +E-mail/Text: cgray@ucu.maine.edu Feb 05 2019 23:57:49       University Credit Union,
                   139 Rangeley Road,    Orono, ME 04469-5779
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518009290*       +Dept of Education/Nelnet,    121 S. 13th Street,    Lincoln, NE 68508-1904
518009293*       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
518009298*        IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518009303*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009304*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009305*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009306*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009307*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009308*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009309*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009310*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009311*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009312*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
                                                                                   TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Eugene D. Roth    on behalf of Debtor Ambrose E. Gmeiner, II erothesq@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 3
```