Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–12338–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ambrose E. Gmeiner II
    3 Fieldcrest Ct
    Bayville, NJ 08721

Social Security No.:
    xxx–xx–5973

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               4/3/19
Time:               10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 20, 2019
JAN: mmf

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Ambrose E. Gmeiner, II
    Debtor

Case No. 19-12338-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 20, 2019
    Form ID: 132    Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.

```
db            +Ambrose E. Gmeiner, II,   3 Fieldcrest Ct,   Bayville, NJ 08721-2162
518009273     +Alpert Zalis Pediatric Cardiology,   46 West Ferris Street,   East Brunswick, NJ 08816-2159
518031660     +Ambrose E. Gmeiner II,   255 Atlantic City Blvd.,   Bayville, NJ 08721-1216
518009274     +America's Wholesale Lender,   4500 Park Grande,   Calabasas, CA 91302-1613
518009276     +Barclays Bank Delaware,   125 S West Street,   Wilmington, DE 19801-5014
518009275     +Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
518009277      Bayview Loan Servicing, LLC,   c/o KML Law Group,   216 Haddon nAvenue,   Suite 406,
                Miami, FL 33146
518009278     +Berkeley Township Sewer Authority,   255 Atlantic City Boulevard,   Bayville, NJ 08721-1296
518009279     +Berkeley Villages North Homeowners Assn.,   PO Box 2932,   Trenton, NJ 08690-0932
518009280     +Berkley Villages North Homeowners Assn.,   PO Box 2932,   Trenton, NJ 08690-0932
518009281      Capital One,   Hayt Hayt & Landau, LLC,   Two Industrial Was West,
                Point Pleasant, NJ 07714-0500
518009286     +Community Medical Center,   PO Box 6081,   Parsippany, NJ 07054-7081
518009285     +Community Medical Center,   c/o B&B Collections,   PO Box 2137,   Toms River, NJ 08754-2137
518009287      Community Surgical Supply,   c/o IC System,   PO Box 64437,   Saint Paul, MN 55164-0437
518009288     +Creative College Consulting, LLC,   3 Pittenger Road,   Three Bridges, NJ 08887-2301
518009291     +Equiant Financial Services,   c/o Flagship Resort Development Co,
                5401 N. Prima Road, Suite 150,   Scottsdale, AZ 85250-2630
518009292     +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
518009294     +Fitness In Therapy,   202 Highway 37 West,   Suite 6,   Toms River, NJ 08755-8055
518009295     +GM Financial,   PO Bo 183834,   Arlington, TX 76096-3834
518009296     +Guardian Home Monitoring Services,   8281 Greensboro Drive,   Mc Lean, VA 22102-5211
518009297      IC System,   PO Box 64437,   Saint Paul, MN 55164-0437
518009299     +JHPDE Finance 1 Lending Club Corp,   c/o Cawley & Bergman, LLC,   117 Kinderkamack Road,
                Suite 201,   River Edge, NJ 07661-1916
518009300     +Joan Faller,   C/O Joseph Pinizotto, Esq.,   189 Route 37 West,   Toms River, NJ 08755-8065
518009301      Johnson, Mirmiran & Thompson,   40 Wight Avenue,   Cockeysville, MD 21030-2059
518009313     +KML Law Group, PC,   216 Haddon Avenue, Suite 406,   Collingswood, NJ 08108-2812
518009302     +Kelly Niro,   3 Fieldcrest Court,   Bayville, NJ 08721-2162
518009314     +Nissan Finanace Motor Acceptance,   Po Box 742658,   Cincinnati, OH 45274-2658
518026279      Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
518009316      Paypal Credit,   PO Box 71202,   Charlotte, NC 28272-1202
518009317     +Prosper Lending Club,   71 Stevensen Street,   Suite 300,   San Francisco, CA 94105-2985
518009318     +RCI,   9998 North Michigan Road,   Carmel, IN 46032-7766
518009319     +Renny Lin, M.D.,   C/O Lee S. Dennison, Esq,   231 High Street,   Mount Holly, NJ 08060-1450
518009320     +Royal Suites Interval Owners Assn,   60 North Main Avenue,   Atlantic City, NJ 08401-5518
518009324     +SYNCB/Walmart,   C/O Selip & Stylianou, LLP,   199 Crossways Park Drive,
                Woodbury, NJ 11797-2016
518009321     +Solar City Corp,   c/o CT Lien Solutions,   3055 Clearview Way,   San Mateo, CA 94402-3709
518009322     +Solarcity,   c/o TESLA,   PO Box 3500,   Draper, UT 84020-3500
518009327      Systems & Services Technologies, Inc,   4315 Pickett Road,   PO Box 3999,
                Saint Joseph, MO 64503-0999
518009329     +TESLA,   Energy Billing Department,   PO Box 3500,   Draper, UT 84020-3500
518009331     +US Bank Cust for PC4 & Crdtrs,   Tax Lien Svc Group,   50 South 16th Street, Suite 2050,
                Philadelphia, PA 19102-2516
518009332     +US Bank Cust for PC5 Sterling Nat,   50 S 16th Street,   Suite 2050,
                Philadelphia, PA 19102-2516
518009333     +US Bank Cust/Crestar Capital, LLC,   50 South 16th Street, Suite 1950,
                Philadelphia, PA 19102-2516
518009334     +US Bank Cust/Crestar Capital, LLC,   Crestar Capital, LLC,   50 South 16th Street, Suite 1950,
                Philadelphia, PA 19102-2516
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2019 00:14:36   U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2019 00:14:34   United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518009282     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2019 00:18:11   Capital One,
                PO Box 30281,   Salt Lake City, UT 84130-0281
518009283      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2019 00:17:27   Capital One,
                PO Box 71083,   Charlotte, NC 28272-1083
518020539     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2019 00:17:29
                Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518009284      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 21 2019 00:17:37
                CapitalOne Auto Finance,   PO Box 60511,   City of Industry, CA 91716-0511
518009289     +E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2019 00:14:39   Dept of Education/Nelnet,
                121 S. 13th Street,   Lincoln, NE 68508-1904
518009315      E-mail/Text: cbp@onemainfinancial.com Feb 21 2019 00:17:08   One Main Financial,
                PO Box 9001122,   Louisville, KY 40290-1122
518009323     +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:17:16   SYNCB/Sleepy's,   PO Box 965036,
                Orlando, FL 32896-5036
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2019
                              Form ID: 132             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518011644        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:17:16        Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518009325        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:17:16        Synchrony Bank/Care Credit,
                  Po Box 965036,    Orlando, FL 32896-5036
518009326        +E-mail/Text: bankruptcy@superlativerm.com Feb 21 2019 00:15:35        Synchrony Bank/JC Penney,
                  c/o Superlative RM,    9355 East Stockton Blvd.,    Suite 210,    Elk Grove, CA 95624-9528
518009328        +E-mail/Text: mtamsett@adminrecovery.com Feb 21 2019 00:15:01        TD Bank/Raymour & Flanigan,
                  c/o Admin Recovery, LLC,    45 Earhart Drive,    Suite 102,    Buffalo, NY 14221-7809
518035617        +E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2019 00:14:39
                  US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                  Lincoln NE 68508-1911
518009330        +E-mail/Text: cgray@ucu.maine.edu Feb 21 2019 00:15:36        University Credit Union,
                  139 Rangeley Road,    Orono, ME 04469-5779
                                                                                           TOTAL: 15


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518009290*       +Dept of Education/Nelnet,    121 S. 13th Street,    Lincoln, NE 68508-1904
518009293*       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
518009298*        IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518009303*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009304*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009305*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009306*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009307*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009308*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009309*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009310*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009311*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009312*       +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
                                                                              TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
```
              Albert  Russo   docs@russotrustee.com
              Eugene D. Roth    on behalf of Debtor Ambrose E. Gmeiner, II  erothesq@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC  rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 4
```