**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 19-12338
AMBROSE E. GMEINER II
    Judge: Christine M. Gravelle

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original         ☐ Modified/Notice Required         Date: 2/19/2019

☒ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __EDR__    Initial Debtor: __AEG__    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ __1469.00__ per __month__ to the Chapter 13 Trustee, starting on __March 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:**    **Adequate Protection** ☒ **NONE**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:**    **Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $    $1,500.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bayview Loan Svc. | Residence | $53,701.62 | N/A | $53,701.62 | $2,297.71 |
| Berkeley Twp. Sewer | | $86.00 | | $86.00 | |
| Berkeley Village North Homeowners | | $985.50 | | $985.50 | $102.00 |
| US Bank Cust for PC5 Sterling Natl | | $1110.21 | | $1110.21 | |
| US Bank Cust/Crestar Capital Inc. | | $4283.87 | | $4283.87 | |
| US Bank Cust for PC4 | | $449.36 | | $449.36 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| America's Wholesale Lender | Residence | $79,000.00 | $370,714.00 | $544,720.00 | $0.00 | N/A | $0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

    America's Wholesale Lender

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Equiant Financial Services<br>One Main Financial<br>Systems & Services Technologies, Inc | Flagship Resort Royal Suite<br>2011 Chevy Tahoe<br>2001 Chapparral 260 Signature | Unknown<br>$10,350.00<br>$5,158.00 | Unknown<br>$12,632.87<br>$4,455.00 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Capital One Auto Finance, GM Financial

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Dept. of Ed. Nelnet | Student Loans are nondischargeable | To be paid outside the plan | $48,098.96 |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Nissan Finanace Motor Acceptance<br>Solar City | | Auto Lease<br><br>Solar Panel Lease | Assume<br><br>Assume | $592.69 |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Renny Lin, M.D. | Residence | Judicial | $860.00 | $370,714.00 | $23675.00 | $623,720.00 | $860.00 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| America's Wholesale Lender | Residence | $79,000.00 | $370,714.00 | $544,720.00 | $0.00 | $79,000.00 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Administrative Claims

3) Secured Claims

4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 2/20/2019 _____    /s/ Ambrose E. Gmeiner, II _____
                                            Debtor

Date: _____    _____
                                            Joint Debtor

Date: 2/20/2019 _____    /s/ Eugene D. Roth _____
                                            Attorney for Debtor(s)

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                    Case No. 19-12338-CMG
Ambrose E. Gmeiner, II                                    Chapter 13
      Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2019
                               Form ID: pdf901          Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db            +Ambrose E. Gmeiner, II,    3 Fieldcrest Ct,    Bayville, NJ 08721-2162
518009273     +Alpert Zalis Pediatric Cardiology,    46 West Ferris Street,    East Brunswick, NJ 08816-2159
518031660     +Ambrose E. Gmeiner II,    255 Atlantic City Blvd.,    Bayville, NJ 08721-1216
518009274     +America's Wholesale Lender,    4500 Park Grande,    Calabasas, CA 91302-1613
518009276     +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
518009275     +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518009277      Bayview Loan Servicing, LLC,    c/o KML Law Group,    216 Haddon nAvenue,    Suite 406,
                Miami, FL 33146
518009278     +Berkeley Township Sewer Authority,    255 Atlantic City Boulevard,    Bayville, NJ 08721-1296
518009279     +Berkeley Villages North Homeowners Assn.,    PO Box 2932,    Trenton, NJ 08690-0932
518009280     +Berkley Villages North Homeowners Assn.,    PO Box 2932,    Trenton, NJ 08690-0932
518009281      Capital One,    Hayt Hayt & Landau, LLC,    Two Industrial Was West,
                Point Pleasant, NJ 07714-0500
518009286     +Community Medical Center,    PO Box 6081,    Parsippany, NJ 07054-7081
518009285     +Community Medical Center,    c/o B&B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
518009287      Community Surgical Supply,    c/o IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518009288     +Creative College Consulting, LLC,    3 Pittenger Road,    Three Bridges, NJ 08887-2301
518009291     +Equiant Financial Services,    c/o Flagship Resort Development Co,
                5401 N. Prima Road, Suite 150,    Scottsdale, AZ 85250-2630
518009292     +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
518009294     +Fitness In Therapy,    202 Highway 37 West,    Suite 6,    Toms River, NJ 08755-8055
518009295     +GM Financial,    PO Bo 183834,    Arlington, TX 76096-3834
518009296     +Guardian Home Monitoring Services,    8281 Greensboro Drive,    Mc Lean, VA 22102-5211
518009297      IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518009299     +JHPDE Finance 1 Lending Club Corp,    c/o Cawley & Bergman, LLC,    117 Kinderkamack Road,
                Suite 201,    River Edge, NJ 07661-1916
518009300     +Joan Faller,    C/O Joseph Pinizotto, Esq.,    189 Route 37 West,    Toms River, NJ 08755-8065
518009301      Johnson, Mirmiran & Thompson,    40 Wight Avenue,    Cockeysville, MD 21030-2059
518009313     +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
518009302     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009314     +Nissan Finanace Motor Acceptance,    Po Box 742658,    Cincinnati, OH 45274-2658
518026279      Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
518009316      Paypal Credit,    PO Box 71202,    Charlotte, NC 28272-1202
518009317     +Prosper Lending Club,    71 Stevensen Street,    Suite 300,    San Francisco, CA 94105-2985
518009318     +RCI,    9998 North Michigan Road,    Carmel, IN 46032-7766
518009319     +Renny Lin, M.D.,    C/O Lee S. Dennison, Esq,    231 High Street,    Mount Holly, NJ 08060-1450
518009320     +Royal Suites Interval Owners Assn,    60 North Main Avenue,    Atlantic City, NJ 08401-5518
518009324     +SYNCB/Walmart,    C/O Selip & Stylianou, LLP,    199 Crossways Park Drive,
                Woodbury, NY 11797-2016
518009321     +Solar City Corp,    c/o CT Lien Solutions,    3055 Clearview Way,    San Mateo, CA 94402-3709
518009322     +Solarcity,    c/o TESLA,    PO Box 3500,    Draper, UT 84020-3500
518009327      Systems & Services Technologies, Inc,    4315 Pickett Road,    PO Box 3999,
                Saint Joseph, MO 64503-0999
518009329     +TESLA,    Energy Billing Department,    PO Box 3500,    Draper, UT 84020-3500
518009331     +US Bank Cust for PC4 & Crdtrs,    Tax Lien Svc Group,    50 South 16th Street, Suite 2050,
                Philadelphia, PA 19102-2516
518009332     +US Bank Cust for PC5 Sterling Nat,    50 S 16th Street,    Suite 2050,
                Philadelphia, PA 19102-2516
518009333     +US Bank Cust/Crestar Capital, LLC,    50 South 16th Street, Suite 1950,
                Philadelphia, PA 19102-2516
518009334     +US Bank Cust/Crestar Capital, LLC,    Crestar Capital, LLC,    50 South 16th Street, Suite 1950,
                Philadelphia, PA 19102-2516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2019 00:14:36      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2019 00:14:34      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518009282     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2019 00:17:25      Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
518009283      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2019 00:16:44      Capital One,
                PO Box 71083,    Charlotte, NC 28272-1083
518020539     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2019 00:17:28
                Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518009284      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 21 2019 00:17:37
                CapitalOne Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
518009289     +E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2019 00:14:39      Dept of Education/Nelnet,
                121 S. 13th Street,    Lincoln, NE 68508-1904
518009315      E-mail/PDF: cbp@onemainfinancial.com Feb 21 2019 00:17:08      One Main Financial,
                PO Box 9001122,    Louisville, KY 40290-1122
518009323     +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:18:01      SYNCB/Sleepy's,    PO Box 965036,
                Orlando, FL 32896-5036
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Feb 20, 2019
                              Form ID: pdf901          Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518011644       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:16:34      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518009325       +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:18:01      Synchrony Bank/Care Credit,
                 Po Box 965036,    Orlando, FL 32896-5036
518009326       +E-mail/Text: bankruptcy@superlativerm.com Feb 21 2019 00:15:35      Synchrony Bank/JC Penney,
                 c/o Superlative RM,    9355 East Stockton Blvd.,    Suite 210,    Elk Grove, CA 95624-9528
518009328       +E-mail/Text: mtamsett@adminrecovery.com Feb 21 2019 00:15:01      TD Bank/Raymour & Flanigan,
                 c/o Admin Recovery, LLC,    45 Earhart Drive,    Suite 102,    Buffalo, NY 14221-7809
518035617       +E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2019 00:14:39
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln NE 68508-1911
518009330       +E-mail/Text: cgray@ucu.maine.edu Feb 21 2019 00:15:36      University Credit Union,
                 139 Rangeley Road,    Orono, ME 04469-5779
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518009290*      +Dept of Education/Nelnet,    121 S. 13th Street,    Lincoln, NE 68508-1904
518009293*      +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
518009298*       IC System,   PO Box 64437,    Saint Paul, MN 55164-0437
518009303*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009304*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009305*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009306*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009307*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009308*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009309*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009310*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009311*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009312*      +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
                                                                                     TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Eugene D. Roth    on behalf of Debtor Ambrose E. Gmeiner, II erothesq@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```