| | |
|---|---|
| **United States Bankruptcy Court for the District of New Jersey** | **Order Filed on May 17, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| **Caption in Compliance with D.N.J. LBR 9004-l(b)**<br><br>Peter E. Meltzer, Esquire<br>Identification No. 047241995<br>**Weber Gallagher** 2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>Phone No.: 267-295-3363<br>Fax No.: 215-564-7699<br>Attorneys for OneMain Financial Group, LLC | |
| **In Re:**<br><br>**AMBROSE GMEINER**<br><br>**Debtor** | Case No.: 19-12338-CMG<br>Hearing Date: May 1, 2019<br>Judge: Christine Gravelle<br>Chapter: 13 |

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED:**

**DATED: May 17, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

Upon the motion of OneMain Financial Group, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as: 2011 Chevrolet Tahoe

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.