**United States Bankruptcy Court**
**for the District of New Jersey**

Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-l(b)

Peter E. Meltzer, Esquire
Identification No. 047241995
**Weber Gallagher** 2000 Market Street, 13th Floor
Philadelphia, PA 19103
Phone No.: 267-295-3363
Fax No.: 215-564-7699
Attorneys for OneMain Financial Group, LLC

**In Re:**

**AMBROSE GMEINER**

**Debtor**

Case No.: 19-12338-CMG
Hearing Date: May 1, 2019
Judge: Christine Gravelle
Chapter: 13

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED:**

**DATED: May 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of OneMain Financial Group, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as: 2011 Chevrolet Tahoe

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Ambrose E. Gmeiner, II  
    Debtor

Case No. 19-12338-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: May 21, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db            +Ambrose E. Gmeiner, II,    3 Fieldcrest Ct,    Bayville, NJ 08721-2162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Eugene D. Roth    on behalf of Debtor Ambrose E. Gmeiner, II erothesq@gmail.com  
          Peter E. Meltzer    on behalf of Creditor    One Main Financial Group, LLC pmeltzer@wglaw.com,  
           ibernatski@wglaw.com  
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 5