UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

AMBROSE E. GMEINER, II

Debtor

Case No.: 19-12338 CMG

Chapter: 13

Hearing Date: 10/2/19

Judge: Christine M. Gravelle

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled          ☐ Withdrawn

Matter: The minutes of 10/2/19 confirmation are amended to include the paid to date amount as follows: CONFIRMED AT $10,283 PAID TO DTE (7 MO); $2,023 X 53 MONTHE STARTING 10/1/19

_____

Date: 10/17/19

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*