50349
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Nissan Motor Acceptance Corporation, Servicer
For Nissan-Infiniti LT
JM5630_____

                                        UNITED STATES
                                        BANKRUPTCY COURT FOR
                                        THE DISTRICT OF NEW
                                        JERSEY

IN RE:   AMBROSE E. GMEINER, II

                                        CHAPTER 13
                                        CASE NO.: 19-12338 (CMG)
                                        HEARING DATE:

                                        NOTICE OF APPEARANCE
                                        AND REQUEST FOR ALL
                                        NOTICES, PLAN AND
                                        DISCLOSURE STATEMENTS

Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT hereby enters its appearance and the law firm of John R.

Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance

as attorneys for Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT with regard to all matters and proceedings in the above

captioned case, showing counsel's name, office address and telephone number as

follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT, pursuant to Fed R Bankr P 2002, hereby requests that all

notices required to be given under Fed R Bankr P 2002, including notices under Fed

R Bankr P 2002(I), that, but for this Request, would be provided only to committees

appointed pursuant to the Bankruptcy Code or their authorized agents, be given to

Nissan Motor Acceptance Corporation by due service upon its undersigned attorneys,

John R. Morton, Jr., Esquire, at the address stated above and also to it at the

following address:

Nissan Motor Acceptance Corporation
PO Box 660366
Dallas, TX. 75266-0366

Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT, pursuant to Fed R Bankr P 3017(a), further requests that all

plans and disclosure statements filed herein by any party be duly served upon it and

its undersigned attorneys.

/s/   John R. Morton, Jr.   __
      John R. Morton, Jr., Esquire
      Attorney for Attorney for Nissan Motor
      Acceptance Corporation, Servicer
      For Nissan-Infiniti LT

Dated: