UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing

In Re:

Ambrose Gmeiner,

Debtor.

Case No.:       19-12338-CMG

Chapter:              13

Hearing Date:      02/05/2020

Judge:              Gravelle

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 3 Fielcrest Ct., Bayville, NJ (Docket # 34)

_____

Date: 1/30/2020                                /s/ Denise Carlon
                                               Signature

*rev.8/1/15*