Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 19-12338 / CMG**

Ambrose E. Gmeiner, II

Petition Filed Date: 02/04/2019  
341 Hearing Date: 03/07/2019  
Confirmation Date: 10/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/14/2019 | $1,469.00 | 57025800 | 04/25/2019 | $1,469.00 | 57969070 | 05/20/2019 | $1,469.00 | 58703000 |
| 06/19/2019 | $1,469.00 | 59504100 | 07/16/2019 | $1,469.00 | 60142430 | 08/12/2019 | $1,469.00 | 60866130 |
| 09/09/2019 | $1,469.00 | 61626090 | 10/07/2019 | $1,469.00 | 62314080 | 11/04/2019 | $2,023.00 | 62974540 |
| 12/17/2019 | $2,023.00 | 64118650 | | | | | | |

**Total Receipts for the Period: $15,798.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,821.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ambrose E. Gmeiner, II | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | EUGENE ROTH, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2017 NISSAN ROGUE/LEASE/SV 1/17/20 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | BERKELEY TWP. SEWERAGE AUTHORITY<br>»» SEWER RENTAL | Priority Crediors | $86.00 | $0.00 | $86.00 |
| 3 | U.S. DEPARTMENT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,831.02 | $0.00 | $5,831.02 |
| 5 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2011 CHEVY TAHOE/ORDER SV 5/17/2019 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE<br>»» 2008 JEEP WRANGLER | Debt Secured by Vehicle | $420.00 | $81.47 | $338.53 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $614.50 | $0.00 | $614.50 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $876.57 | $0.00 | $876.57 |
| 9 | LVNV FUNDING LLC<br>»» CAP ONE | Unsecured Creditors | $934.71 | $0.00 | $934.71 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2011 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | University Credit Union | Unsecured Creditors | $13,223.76 | $0.00 | $13,223.76 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $263.53 | $0.00 | $263.53 |
| 13 | LVNV FUNDING LLC<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $1,450.00 | $0.00 | $1,450.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | TD RETAIL CARD SERVICES | Unsecured Creditors | $2,829.05 | $0.00 | $2,829.05 |
| 15 | Systems & Services Technologies, Inc. <br> »» 2001 CHAPARRAL 260 SIGN BOAT | Unsecured Creditors | $8,629.90 | $0.00 | $0.00 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $319.34 | $0.00 | $319.34 |
| 17 | BAYVIEW LOAN SERVICING <br> »» P/3 FIELDCREST CT/1ST MTG | Mortgage Arrears | $58,952.98 | $13,299.37 | $45,653.61 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES <br> »» BARCLAYS | Unsecured Creditors | $2,490.41 | $0.00 | $2,490.41 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES <br> »» SLEEPYS | Unsecured Creditors | $1,402.60 | $0.00 | $1,402.60 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES <br> »» BARCLAYS | Unsecured Creditors | $5,899.46 | $0.00 | $5,899.46 |
| 25 | America's Wholesale Lender <br> »» P/3 FIELDCREST CT/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 26 | Equiant Financial Services <br> »» TIME SHARE LIEN | Secured Creditors <br> No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 27 | Renny Lin, M.D. <br> »» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,821.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $14,880.84 | Current Monthly Payment: | $2,023.00 |
| Paid to Trustee: | $1,049.54 | Arrearages: | $2,577.00 |
| Funds on Hand: | $1,890.62 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**