Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−12338−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ambrose E. Gmeiner II
    3 Fieldcrest Ct
    Bayville, NJ 08721
Social Security No.:
    xxx−xx−5973
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/17/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 17, 2020
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12338-CMG
Ambrose E. Gmeiner, II                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Sep 17, 2020
                             Form ID: 148          Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
```
db            +Ambrose E. Gmeiner, II,   3 Fieldcrest Ct,   Bayville, NJ 08721-2162
cr            +Nissan Motor Acceptance Corporation, Servicer for,   P.O. Box 660366,   Dallas, TX 75266-0366,
               UNITED STATES 75266-0366
518009273     +Alpert Zalis Pediatric Cardiology,   46 West Ferris Street,   East Brunswick, NJ 08816-2159
518031660     +Ambrose E. Gmeiner II,   255 Atlantic City Blvd.,   Bayville, NJ 08721-1216
518009274     +America's Wholesale Lender,   4500 Park Grande,   Calabasas, CA 91302-1663
518009277      Bayview Loan Servicing, LLC,   c/o KML Law Group,   216 Haddon nAvenue,   Suite 406,
               Miami, FL 33146
518009278     +Berkeley Township Sewer Authority,   255 Atlantic City Boulevard,   Bayville, NJ 08721-1296
518009279     +Berkeley Villages North Homeowners Assn.,   PO Box 2932,   Trenton, NJ 08690-0932
518009280     +Berkley Villages North Homeowners Assn.,   PO Box 2932,   Trenton, NJ 08690-0932
518009281      Capital One,   Hayt Hayt & Landau, LLC,   Two Industrial Was West,
               Point Pleasant, NJ 07714-0500
518009285     +Community Medical Center,   c/o B&B Collections,   PO Box 2137,   Toms River, NJ 08754-2137
518009286     +Community Medical Center,   PO Box 6081,   Parsippany, NJ 07054-7081
518009288     +Creative College Consulting, LLC,   3 Pittenger Road,   Three Bridges, NJ 08887-2301
518009294     +Fitness In Therapy,   202 Highway 37 West,   Suite 6,   Toms River, NJ 08755-8055
518009296     +Guardian Home Monitoring Services,   8281 Greensboro Drive,   Mc Lean, VA 22102-5211
518009299     +JHPDE Finance 1 Lending Club Corp,   c/o Cawley & Bergman, LLC,   117 Kinderkamack Road,
               Suite 201,   River Edge, NJ 07661-1916
518009300     +Joan Faller,   C/O Joseph Pinizotto, Esq.,   189 Route 37 West,   Toms River, NJ 08755-8065
518009301      Johnson, Mirmiran & Thompson,   40 Wight Avenue,   Cockeysville, MD 21030-2059
518009313     #+KML Law Group, PC,   216 Haddon Avenue, Suite 406,   Collingswood, NJ 08108-2812
518009302     +Kelly Niro,   3 Fieldcrest Court,   Bayville, NJ 08721-2162
518009314     +Nissan Finanace Motor Acceptance,   Po Box 742658,   Cincinnati, OH 45274-2658
518026279      Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
518009317     +Prosper Lending Club,   71 Stevensen Street,   Suite 300,   San Francisco, CA 94105-2985
518009318     +RCI,   9998 North Michigan Road,   Carmel, IN 46032-7766
518009319     +Renny Lin, M.D.,   C/O Lee S. Dennison, Esq,   231 High Street,   Mount Holly, NJ 08060-1450
518009320     +Royal Suites Interval Owners Assn,   60 North Main Avenue,   Atlantic City, NJ 08401-5518
518160593     +SST as servicing agent for Medallion Bank,   4315 Pickett Road, Bankruptcy Department,
               St. Joseph, Missouri 64503-1600
518009324     +SYNCB/Walmart,   C/O Selip & Stylianou, LLP,   199 Crossways Park Drive,
               Woodbury, NY 11797-2016
518009321     +Solar City Corp,   c/o CT Lien Solutions,   3055 Clearview Way,   San Mateo, CA 94402-3709
518009322     +Solarcity,   c/o TESLA,   PO Box 3500,   Draper, UT 84020-3500
518009327      Systems & Services Technologies, Inc,   4315 Pickett Road,   PO Box 3999,
               Saint Joseph, MO 64503-0999
518158833     +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
               Dallas, TX 75380-0849
518009329     +TESLA,   Energy Billing Department,   PO Box 3500,   Draper, UT 84020-3500
518009331     +US Bank Cust for PC4 & Crdtrs,   Tax Lien Svc Group,   50 South 16th Street, Suite 2050,
               Philadelphia, PA 19102-2516
518009332     +US Bank Cust for PC5 Sterling Nat,   50 S 16th Street,   Suite 2050,
               Philadelphia, PA 19102-2516
518009333     +US Bank Cust/Crestar Capital, LLC,   50 South 16th Street, Suite 1950,
               Philadelphia, PA 19102-2516
518009334     +US Bank Cust/Crestar Capital, LLC,   Crestar Capital, LLC,   50 South 16th Street, Suite 1950,
               Philadelphia, PA 19102-2516
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2020 01:18:19    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2020 01:18:15    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             EDI: AGFINANCE.COM Sep 18 2020 04:33:00    One Main Financial Group, LLC,   POB 3251,
               Evansville, IN  47731-3251
518147005      EDI: PHINAMERI.COM Sep 18 2020 04:33:00    AmeriCredit Financial Services, Inc.,
               dba GM Financial,   P O Box 183853,   Arlington, TX 76096
518154565      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2020 01:34:44
               Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
518009276     +EDI: TSYS2.COM Sep 18 2020 04:33:00    Barclays Bank Delaware,   125 S West Street,
               Wilmington, DE 19801-5014
518009275     +EDI: TSYS2.COM Sep 18 2020 04:33:00    Barclays Bank Delaware,   PO Box 8803,
               Wilmington, DE 19899-8803
518182295     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 18 2020 01:18:41
               Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1873
518009282     +EDI: CAPITALONE.COM Sep 18 2020 04:33:00    Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
518009283      EDI: CAPITALONE.COM Sep 18 2020 04:33:00    Capital One,   PO Box 71083,
               Charlotte, NC 28272-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518052837      +EDI: AISACG.COM Sep 18 2020 04:33:00       Capital One Auto Finance,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518020539      +EDI: AISACG.COM Sep 18 2020 04:33:00       Capital One Auto Finance, a division of,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518050627      +EDI: AISACG.COM Sep 18 2020 04:33:00       Capital One Auto Finance, a division of Capital On,
                P.O. Box 4360,    Houston, TX 77210-4360
518045169      +EDI: AIS.COM Sep 18 2020 04:33:00       Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518009284       EDI: CAPONEAUTO.COM Sep 18 2020 04:33:00       CapitalOne Auto Finance,    PO Box 60511,
                City of Industry, CA 91716-0511
518009287       EDI: IIC9.COM Sep 18 2020 04:33:00       Community Surgical Supply,    c/o IC System,
                PO Box 64437,    Saint Paul, MN 55164-0437
518009289      +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2020 01:18:21       Dept of Education/Nelnet,
                121 S. 13th Street,    Lincoln, NE 68508-1904
518009292      +EDI: AMINFOFP.COM Sep 18 2020 04:33:00       First Premier Bank,    601 S. Minnesota Avenue,
                Sioux Falls, SD 57104-4868
518009295      +EDI: PHINAMERI.COM Sep 18 2020 04:33:00       GM Financial,    PO Bo 183834,
                Arlington, TX 76096-3834
518009297       EDI: IIC9.COM Sep 18 2020 04:33:00       IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518579118       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2020 01:34:45       LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587
518579119       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2020 01:34:45       LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                Greenville, SC 29603-0587
518069077       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2020 01:22:05       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518009315       EDI: AGFINANCE.COM Sep 18 2020 04:33:00       One Main Financial,    PO Box 9001122,
                Louisville, KY 40290-1122
518047293      +EDI: AGFINANCE.COM Sep 18 2020 04:33:00       OneMain,    PO Box 3251,    Evansville, IN 47731-3251
518183376       EDI: PRA.COM Sep 18 2020 04:33:00       Portfolio Recovery Associates, LLC,
                c/o Nfl Extra Pointss,    POB 41067,    Norfolk VA 23541
518183350       EDI: PRA.COM Sep 18 2020 04:33:00       Portfolio Recovery Associates, LLC,
                c/o Rci Elite Rewards,    POB 41067,    Norfolk VA 23541
518183375       EDI: PRA.COM Sep 18 2020 04:33:00       Portfolio Recovery Associates, LLC,    c/o Sleepys,
                POB 41067,    Norfolk VA 23541
518009316       EDI: RMSC.COM Sep 18 2020 04:33:00       Paypal Credit,    PO Box 71202,
                Charlotte, NC 28272-1202
518064496      +EDI: JEFFERSONCAP.COM Sep 18 2020 04:33:00       Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518009323      +EDI: RMSC.COM Sep 18 2020 04:33:00       SYNCB/Sleepy's,    PO Box 965036,
                Orlando, FL 32896-5036
518157103      +E-mail/Text: bncmailw-legal.com Sep 18 2020 01:18:25       SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518011644      +EDI: RMSC.COM Sep 18 2020 04:33:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518544063      +EDI: RMSC.COM Sep 18 2020 04:33:00       Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
518009325      +EDI: RMSC.COM Sep 18 2020 04:33:00       Synchrony Bank/Care Credit,    Po Box 965036,
                Orlando, FL 32896-5036
518009326      +E-mail/Text: bankruptcy@superlativerm.com Sep 18 2020 01:19:04       Synchrony Bank/JC Penney,
                c/o Superlative RM,    9355 East Stockton Blvd.,    Suite 210,    Elk Grove, CA 95624-9528
518009328      +E-mail/Text: mtamsett@adminrecovery.com Sep 18 2020 01:18:38       TD Bank/Raymour & Flanigan,
                c/o Admin Recovery, LLC,    45 Earhart Drive,    Suite 102,    Buffalo, NY 14221-7809
518035617      +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2020 01:18:21       US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln NE 68508-1911
518009330      +E-mail/Text: cgray@ucu.maine.edu Sep 18 2020 01:19:05       University Credit Union,
                139 Rangeley Road,    Orono, ME 04469-5779
518166761      +EDI: AIS.COM Sep 18 2020 04:33:00       Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                           TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518009290*     +Dept of Education/Nelnet,    121 S. 13th Street,    Lincoln, NE 68508-1904
518009293*     +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
518009298*      IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518009303*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009304*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009305*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009306*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009307*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009308*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009309*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009310*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009311*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162
518009312*     +Kelly Niro,    3 Fieldcrest Court,    Bayville, NJ 08721-2162

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Sep 17, 2020
                             Form ID: 148              Total Noticed: 77

518009291    ##+Equiant Financial Services,  c/o Flagship Resort Development Co,
             5401 N. Prima Road, Suite 150,  Scottsdale, AZ 85250-2630
                                                                        TOTALS: 0, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo  docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth   on behalf of Debtor Ambrose E. Gmeiner, II erothesq@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for
           Nissan-Infiniti LT ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Peter E. Meltzer   on behalf of Creditor   One Main Financial Group, LLC pmeltzer@wglaw.com,
           ibernatski@wglaw.com
          Rebecca Ann Solarz   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 8
```